UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>               Petitioner  )<br>                           )<br>         V.                   )<br>                           )<br>KENNETH L. CHACE        )<br>               Respondent  ) | M.B.D. No.<br><br>04-10124 |

### AFFIDAVIT OF REVENUE OFFICER

I, David Malo, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Kenneth L. Chace, are true to the best of my knowledge and belief.

_____
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at Taunton Federal Credit Union
Massachusetts on the 15th day of December, 2003.

My Commission expires: April 30, 2010

_____
Tasha Mary Lawrence
NOTARY PUBLIC