UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　Petitioner )<br>　　　　　　　　　　　　　　 )<br>V.　　　　　　　　　　　　　　)　　M.B.D. No. 04-10124<br>　　　　　　　　　　　　　　 )<br>KENNETH L. CHACE　　　　　)<br>　　　　　　Respondent )　| |

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # 9 in the United States Courthouse in MA on the 10th day of June, 2004, at 2:15 PM., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on September 10, 2003. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Kenneth L. Chace on or before May 28, 2004. It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at Boston, Massachusetts on this 30th day of April, 2004.

_____
UNITED STATES DISTRICT JUDGE


_____
UNITED STATES MAGISTRATE JUDGE