# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV-04-10124-MBD |
| **DEFENDANT** | **TYPE OF PROCESS** |
| KENNETH L. CHACE | ORDER TO SHOW CAUSE |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Kenneth L. Chace

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

50 Briggs Avenue, Somerset, MASS 02725

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way - suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE SERVE ON OR BEFORE **MAY 28**, 2004

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: (617) 748-3282   DATE: 4/26/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 5/5/04

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 5-11-04   Time: 6:15 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 33.58 | -0- | 78.58 | -0- | 78.58 | -0- |

REMARKS: 5/11/04 - NO RESPONSE 9PM

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
       Petitioner )
       )
  V. ) M.B.D. No.
       )
       )
KENNETH L. CHACE )
      Respondent )

COPY

### ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Affidavit of David Malo, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # _7_ in the United States Courthouse in __MA__ on the __10th__ day of __June__, 200_4_, at _2:15 P._ __M., to show cause why he should not be compelled to obey the Internal Revenue Service Summons served upon him on September 10, 2003. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Kenneth L. Chace on or before __May 28__, 200_4_.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at _____, Massachusetts on this _____ day of _____, 200__.


_____
UNITED STATES DISTRICT JUDGE


_____
UNITED STATES MAGISTRATE JUDGE